UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: ERNIE HAIRE FORD, INC.,

    Debtor.
_____/

ERNIE HAIRE FORD, INC.,

    Plaintiff,
v.                                    Case No. 8:15-cv-476-T-33

BENJAMIN J. ATKINSON, ET AL.,

    Defendants.
_____/

### ORDER

This matter is before the Court *sua sponte*. Recently, Kelly Carey, Esq., entered a notice of appearance in this action. Although it is not mandatory, the Court determines that it is appropriate to recuse herself in this case. Carey is a former employee and is also personally acquainted with the undersigned and the undersigned's family members. Thus, to avoid even the appearance of impropriety and in an abundance of caution, the undersigned recuses herself from this case pursuant to 28 U.S.C. § 455(a).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. The undersigned is recused from this case.
2. The Clerk of Court is directed to reassign this case

pursuant to its normal procedures.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>13th</u> day of August, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record